| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tharp, John J. | District Court, Northern District of Illinois | 11/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☑ Nomination, Date 11/10/2011 <br> ☐ Initial ☐ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2010 to 10/31/2011 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Mayer Brown LLP <br> 71 South Wacker Drive <br> Chicago, Illinois 60606 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Mayer Brown LLP |
| 2. | Co-Trustee | Trust #1 |
| 3. | Member | Law Fund Board, Northwestern University School of Law |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Mayer Brown LLP, Partnership Income | $447,382.00 |
| 2. | 2010 | Mayer Brown LLP, Partnership Income | $503,840.00 |
| 3. | 2009 | Mayer Brown LLP, Partnership Income | $598,719.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Janus & Associates, salary |
| 2. | 2010 | Janus & Associates, salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Pacific Life | Loan #1 | K |
| 2. | United Pacific Life | Loan #2 | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | American Funds EuroPacific Growth R3 Fund | B | Dividend | | | Exempt | | | | |
| 2. | American Funds EuroPacific Growth R6 Fund | | None | M | T | | | | | |
| 3. | AT&T (common stock) | D | Dividend | L | T | | | | | |
| 4. | Bright Start 529 Plan Program 1526 (no control) | A | Dividend | | | | | | | |
| 5. | Bright Start 529 Plan Portfolio 1527 (no control) | B | Dividend | K | T | | | | | |
| 6. | CenterPoint Energy (common stock) | B | Dividend | K | T | | | | | |
| 7. | Coca-Cola (common stock) | A | Dividend | K | T | | | | | |
| 8. | Cohen & Steers Institutional Realty Shares | D | Dividend | M | T | | | | | |
| 9. | Columbia Strategic Investor Fund-Z | A | Dividend | J | T | | | | | |
| 10 | DuPont (common stock) | C | Dividend | L | T | | | | | |
| 11 | DWS Equity 500 Index Fund | C | Dividend | | | | | | | |
| 12. | Fidelity Blue Chip Growth Fund | B | Dividend | K | T | | | | | |
| 13. | Fidelity Independence Fund | | None | M | T | | | | | |
| 14. | Fidelity Magellan Fund | B | Dividend | M | T | | | | | |
| 15. | General Electric (common stock) | A | Dividend | J | T | | | | | |
| 16. | Harley-Davidson (common stock) | A | Dividend | J | T | | | | | |
| 17. | Hershey Foods (common stock) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Home Depot (common stock) | A | Dividend | J | T | | | | | |
| 19. IBM (common stock) | D | Dividend | M | T | | | | | |
| 20. Jennison Small Company Z Fund | A | Dividend | | | | | | | |
| 21. JP Morgan Chase Bank Accounts | A | Interest | L | T | | | | | |
| 22. Mayer Brown LLP Partnership Capital Account | D | Interest | N | U | | | | | |
| 23. Mayer Brown LLP Partnership Retirement Plan (no control) | E | Interest | N | T | | | | | |
| 24. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 25. Northwestern Mutual Insurance Policies (Whole Life) | E | Dividend | M | T | | | | | |
| 26. Pfizer (common stock) | C | Dividend | L | T | | | | | |
| 27. Prudential Jennison Small Company Fund | | None | M | T | | | | | |
| 28. Reliant Resources (common stock) | | None | J | T | | | | | |
| 29. United Pacific Life Ins. (Universal Life; no control) | E | Dividend | M | T | | | | | |
| 30. U.S. Savings Bonds | | None | K | T | | | | | |
| 31. Vanguard Dividend Growth Fund | B | Dividend | K | T | | | | | |
| 32. Vanguard Energy Fund | B | Dividend | K | T | | | | | |
| 33. Vanguard 500 Index Fund | B | Dividend | M | T | | | | | |
| 34. Vanguard Information Tech ETF | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Vanguard Institutional Index Fund | B | Dividend | M | T | | | | | |
| 36. Vanguard International Value Fund | A | Dividend | K | T | | | | | |
| 37. Vanguard Long-Term Tax Exempt Bond Fund | C | Dividend | K | T | | | | | |
| 38. Vanguard S&P 500 Index Fund | B | Dividend | | | | | | | |
| 39. Vanguard Target Retirement 2025 Fund | C | Dividend | M | T | | | | | |
| 40. Vanguard Total International Stock Index Fund | B | Dividend | L | T | | | | | |
| 41. Vanguard Total Stock Market Index Fund | B | Dividend | L | T | | | | | |
| 42. Vanguard Total Bond Market Index Fund | B | Dividend | K | T | | | | | |
| 43. Walgreen Co. (common stock) | A | Dividend | K | T | | | | | |
| 44. Wal-Mart (common stock) | A | Dividend | K | T | | | | | |
| 45. Walt Disney (common stock) | A | Dividend | K | T | | | | | |
| 46. Trust #1 | | | | | | | | | |
| 47. --The Dreyfus Fund | A | Dividend | K | T | | | | | |
| 48. Trust #2 | E | Dividend | N | T | | | | | |
| 49. --Allstate (common) | | | | | | | | | |
| 50. --American Electric Power (common) | | | | | | | | | |
| 51. --Anadarko Petroleum (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,000 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | N = $250,001 - $500,000 |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --AT&T (common) | | | | | | | | | |
| 53. --Bank of America (common) | | | | | | | | | |
| 54. --Beam, Inc.(common) | | | | | | | | | |
| 55. --Blackrock Global Allocation C | | | | | | | | | |
| 56. --BP Amoco (ADR) | | | | | | | | | |
| 57. --Conoco Phillips (common) | | | | | | | | | |
| 58. --Dow Chemical (common) | | | | | | | | | |
| 59. --Duke Energy (common) | | | | | | | | | |
| 60. --DuPont (common) | | | | | | | | | |
| 61. --Exelon (common) | | | | | | | | | |
| 62. --Exxon (common) | | | | | | | | | |
| 63. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 64. --Heinz (common) | | | | | | | | | |
| 65. --Hershey (common) | | | | | | | | | |
| 66. --Ivy Asset Strategy | | | | | | | | | |
| 67. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 68. --Lincoln National Group (common) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4) A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000

3. Value Method Codes (See Column C2) Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
U =Book Value | V =Other | W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 8 of 27

Name of Person Reporting

Tharp, John J.

Date of Report

11/10/2011

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. --Merck (common) | | | | | | | | | |
| 70. --Monsanto (common) | | | | | | | | | |
| 71. --Pfizer (common) | | | | | | | | | |
| 72. --Spectra Energy (common) | | | | | | | | | |
| 73. --Walgreen's (common) | | | | | | | | | |
| 74. Trust #3 | D | Dividend | M | T | | | | | |
| 75. --3-M (common) | | | | | | | | | |
| 76. --Allstate (common) | | | | | | | | | |
| 77. --Bank of America (common) | | | | | | | | | |
| 78. --Dow Chemical (common) | | | | | | | | | |
| 79. --Exelon (common) | | | | | | | | | |
| 80. --Exxon (common) | | | | | | | | | |
| 81. --IBM (common) | | | | | | | | | |
| 82. --JP Morgan Chase (common) | | | | | | | | | |
| 83. --JP Morgan Chase Cash Account | | | | | | | | | |
| 84. --Lincoln National Corp. (common) | | | | | | | | | |
| 85. --Pfizer (common) | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. --Sherwin Williams (common) | | | | | | | | | |
| 87. Trust #4 | E | Dividend | N | T | | | | | |
| 88. --3-M (common) | | | | | | | | | |
| 89. --Exxon Mobil (common) | | | | | | | | | |
| 90. --McDonald's (common) | | | | | | | | | |
| 91. --JP Morgan Chase Cash Account | | | | | | | | | |
| 92. Trust #5 | D | Dividend | M | T | | | | | |
| 93. --JP Morgan Chase Cash Account | | | | | | | | | |
| 94. --25% of Family Partnership (Managed Investment Account) | | | | | | | | | |
| 95. Trust #6 | E | Distribution | M | W | | | | | |
| 96. --Farm land | | | | | | | | | |
| 97. --JP Morgan Chase Cash Account | | | | | | | | | |
| 98. Trust #7 | E | Dividend | O | T | | | | | |
| 99. --Abbott Laboratories (common) | | | | | | | | | |
| 100. --Ace Ltd (common) | | | | | | | | | |
| 101. --Amazon.Com Inc. (common) | | | | | | | | | |
| 102. --American Express Co. (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Anadarko Petroleum Corp. (common) | | | | | | | | | |
| 104. --Apple Inc. (common) | | | | | | | | | |
| 105. --Artio International Equity II Fund | | | | | | | | | |
| 106. --Artisan International Value Fund | | | | | | | | | |
| 107. --Aston Optimum Mid Cap Fund I | | | | | | | | | |
| 108. --AT&T Inc. (common) | | | | | | | | | |
| 109. --Autozone Inc. (common) | | | | | | | | | |
| 110. --Baidu Inc. (ADR) | | | | | | | | | |
| 111. --Bank of America (common) | | | | | | | | | |
| 112. --Biogen IDEC Inc. (common) | | | | | | | | | |
| 113. --Broadcom Corp. (common) | | | | | | | | | |
| 114. --Cameron International Corp. (common) | | | | | | | | | |
| 115. --Campbell Soup Co. (common) | | | | | | | | | |
| 116. --Capital One Financial Corp. (common) | | | | | | | | | |
| 117. --Cardinal Health Inc. (common) | | | | | | | | | |
| 118. --Carnival Corp. (common) | | | | | | | | | |
| 119. --CBS Corp. (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 1. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 11 of 27

Name of Person Reporting

Tharp, John J.

Date of Report

11/10/2011

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. --Celgene Corp. (common) | | | | | | | | | |
| 121. --Centerpoint Energy Inc. (common) | | | | | | | | | |
| 122. --Cisco Systems Inc. (common) | | | | | | | | | |
| 123. --Citigroup Inc. (common) | | | | | | | | | |
| 124. --Citrix Systems, Inc. (common) | | | | | | | | | |
| 125. --Cognizant Tech Solutions Corp. (common) | | | | | | | | | |
| 126. --Colgate Palmolive Co. (common) | | | | | | | | | |
| 127. --Comcast Corp. (common) | | | | | | | | | |
| 128. --ConocoPhillips (common) | | | | | | | | | |
| 129. --Covidien PLC (common) | | | | | | | | | |
| 130. --CVS Caremark Corp. (common) | | | | | | | | | |
| 131. --Darden Restaurants Inc. (common) | | | | | | | | | |
| 132. --Delaware Emerging Markets Fund | | | | | | | | | |
| 133. --Dendreon Corp. (common) | | | | | | | | | |
| 134. --Devon Energy Corp. (commong) | | | | | | | | | |
| 135. --Dodge & Cox International Stock Fund | | | | | | | | | |
| 136. --Dominion Resources Inc. (common) | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. --DuPont (common) | | | | | | | | | |
| 138. --Eaton Vance Global Macro I Fund | | | | | | | | | |
| 139. --Eaton Vance Flat Rate CI I Fund | | | | | | | | | |
| 140. --EMC Corp. (common) | | | | | | | | | |
| 141. --Emerson Electric (common) | | | | | | | | | |
| 142. --EOG Resources Inc. (common) | | | | | | | | | |
| 143. --Exxon Mobil (common) | | | | | | | | | |
| 144. --Freeport-McMoran Copper & Gold Inc. (common) | | | | | | | | | |
| 145. --General Electric (common) | | | | | | | | | |
| 146. --General Mills Inc. (common) | | | | | | | | | |
| 147. --General Motors Co. (common) | | | | | | | | | |
| 148. --Global Payments Inc. (common) | | | | | | | | | |
| 149. --Goldman Sachs Group Inc. (common) | | | | | | | | | |
| 150. --Highbridge Dynamic Comm Strg Fund-Sel | | | | | | | | | |
| 151. --Home Depot (common) | | | | | | | | | |
| 152. --Honeywell International Inc. (common) | | | | | | | | | |
| 153. --Humana Inc. (common) | | | | | | | | | |

1. Income Gain Codes
(See Columns B1 and D4)
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes
(See Columns C1 and D3)
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | | |

3. Value Method Codes
(See Column C2)
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| U =Book Value | V =Other | W =Estimated | |

# FINANCIAL DISCLOSURE REPORT
## Page 13 of 27

Name of Person Reporting

Tharp, John J.

Date of Report

11/10/2011

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. --Intercontinental Exchange Inc.(common) | | | | | | | | | |
| 155. --Invesco Ltd. (common) | | | | | | | | | |
| 156. --Invesco Van Kampen American Franchise Fund Class A | | | | | | | | | |
| 157. --IShares Russell 2000 Index Fund | | | | | | | | | |
| 158. --IShares Russell MidCap Index Fund | | | | | | | | | |
| 159. --IShares MSCI EAFE Index Fund | | | | | | | | | |
| 160. --John Hancock II-Emerging Markets-I | | | | | | | | | |
| 161. --Johnson & Johnson (common) | | | | | | | | | |
| 162. --Johnson Controls Inc. (common) | | | | | | | | | |
| 163. --JP Morgan Asia Equity Fund | | | | | | | | | |
| 164. --JP Morgan High Yield Fund - Sel | | | | | | | | | |
| 165. --JP Morgan Interim Tax Free Bond Fund - Sel | | | | | | | | | |
| 166. --JP Morgan Market Expansion Index Fund | | | | | | | | | |
| 167. --JP Morgan Mid Cap Growth Fund | | | | | | | | | |
| 168. --JP Morgan Research Mkt Neutral Fund | | | | | | | | | |
| 169. --JP Morgan Str Opp Fund | | | | | | | | | |
| 170. --JP Morgan Tax Free Reserve Sweep Fund | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/10/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (1) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --JP Morgan Tr I Tax Aware Real Return Fund - Sel | | | | | | | | | |
| 172. --JP Morgan U.S. Real Estate Fund | | | | | | | | | |
| 173. --Juniper Networks Inc. (common) | | | | | | | | | |
| 174. --Kellog Co. (common) | | | | | | | | | |
| 175. --Kraft Foods Inc. Class A | | | | | | | | | |
| 176. --Lam Research Corp. (common) | | | | | | | | | |
| 177. --Lennar Corp. (common) | | | | | | | | | |
| 178. --Lowes Companies Inc. (common) | | | | | | | | | |
| 179. --Manning & Napier World Opportunities Series Fund | | | | | | | | | |
| 180. --Mastercard Inc. Class A | | | | | | | | | |
| 181. --Merck (common) | | | | | | | | | |
| 182. --MetLife Inc. (common) | | | | | | | | | |
| 183. --Microsoft (common) | | | | | | | | | |
| 184. --Micros Systems Inc. (common) | | | | | | | | | |
| 185. --Monsanto (common) | | | | | | | | | |
| 186. --Net App Inc. (common) | | | | | | | | | |
| 187. --Nike Class B (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 15 of 27

Name of Person Reporting

Tharp, John J.

Date of Report

11/10/2011

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. --Norfolk Southern Corp. (common) | | | | | | | | | |
| 189. --Novellus Systems Inc. (common) | | | | | | | | | |
| 190. --Occidental Petroleum (common) | | | | | | | | | |
| 191. --Oracle (common) | | | | | | | | | |
| 192. --Paccar Inc. (common) | | | | | | | | | |
| 193. --Pepsico (common) | | | | | | | | | |
| 194. --Pfizer (common) | | | | | | | | | |
| 195. --Pioneer Natural Resources Co. (common) | | | | | | | | | |
| 196. --Procter & Gamble Co. (common) | | | | | | | | | |
| 197. --Prudential Financial Inc. (common) | | | | | | | | | |
| 198. --Public Service Enterprise Group (common) | | | | | | | | | |
| 199. --Qualcomm Inc. (common) | | | | | | | | | |
| 200. --Schlumberger Ltd. (common) | | | | | | | | | |
| 201. --Sempra Energy (common) | | | | | | | | | |
| 202. --Southwestern Energy Co. (common) | | | | | | | | | |
| 203. --Spectra Energy Corp. (common) | | | | | | | | | |
| 204. --Spider Gold Trust | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. --St. Jude Medical Inc. (common) | | | | | | | | | |
| 206. --Target Corp. (common) | | | | | | | | | |
| 207. --TD Ameritrade Holding Corp. (common) | | | | | | | | | |
| 208. --TE Connectivity Ltd. (common) | | | | | | | | | |
| 209. --The Estee Lauder Cos. Inc. (common) | | | | | | | | | |
| 210. --Time Warner Inc. (common) | | | | | | | | | |
| 211. --T Rowe Price New Asia Fund | | | | | | | | | |
| 212. --Tyco International Ltd. (common) | | | | | | | | | |
| 213. --UnitedHealth Group Inc. (common) | | | | | | | | | |
| 214. --United Technologies Corp. (common) | | | | | | | | | |
| 215. --US Bancorp (common) | | | | | | | | | |
| 216. --ValueLine Premier Growth Fund | | | | | | | | | |
| 217. --Vanguard MSCI Emerging Markets ETF | | | | | | | | | |
| 218. --Verizon Communications (common) | | | | | | | | | |
| 219. --Wells Fargo (common) | | | | | | | | | |
| 220. --Williams Companies Inc. (common) | | | | | | | | | |
| 221. --XILINX Corp. (common) | | | | | | | | | |

1. Income Gain Codes. (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000

F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Column C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. --Yum Brands (common) | | | | | | | | | |
| 223. --Condominium Unit (real estate) | | | | | | | | | |
| 224. Trust #8 | E | Dividend | O | T | | | | | |
| 225. --Allstate (common) | | | | | | | | | |
| 226. --American Electric Power (common) | | | | | | | | | |
| 227. --Anadarko Petroleum (common) | | | | | | | | | |
| 228. --AT&T (common) | | | | | | | | | |
| 229. --Bank of America (common) | | | | | | | | | |
| 230. --Beam, Inc. (common) | | | | | | | | | |
| 231. --Blackrock Global Allocation C | | | | | | | | | |
| 232. --BP Amoco (ADR) | | | | | | | | | |
| 233. --Conoco Phillips (common) | | | | | | | | | |
| 234. --Dow Chemical (common) | | | | | | | | | |
| 235. --Duke Energy (common) | | | | | | | | | |
| 236. --DuPont (common) | | | | | | | | | |
| 237. --Exelon (common) | | | | | | | | | |
| 238. --Exxon (common) | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/10/2011 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 240. --Heinz (common) | | | | | | | | | |
| 241. --Hershey (common) | | | | | | | | | |
| 242. --Ivy Asset Strategy | | | | | | | | | |
| 243. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 244. --Lincoln National Group (common) | | | | | | | | | |
| 245. --Merck (common) | | | | | | | | | |
| 246. --Monsanto (common) | | | | | | | | | |
| 247. --Pfizer (common) | | | | | | | | | |
| 248. --Spectra Energy (common) | | | | | | | | | |
| 249. --Walgreen's (common) | | | | | | | | | |
| 250. Trust #9 | D | Dividend | M | T | | | | | |
| 251. --3-M (common) | | | | | | | | | |
| 252. --Allstate (common) | | | | | | | | | |
| 253. --Bank of America (common) | | | | | | | | | |
| 254. --Dow Chemical (common) | | | | | | | | | |
| 255. --Exelon (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. --Exxon (common) | | | | | | | | | |
| 257. --IBM (common) | | | | | | | | | |
| 258. --JP Morgan Chase (common) | | | | | | | | | |
| 259. --JP Morgan Chase Cash Account | | | | | | | | | |
| 260. --Lincoln National Corp. (common) | | | | | | | | | |
| 261. --Pfizer (common) | | | | | | | | | |
| 262. --Sherwin Williams (common) | | | | | | | | | |
| 263. Trust #10 | E | Dividend | N | T | | | | | |
| 264. --3-M (common) | | | | | | | | | |
| 265. --Exxon Mobil (common) | | | | | | | | | |
| 266. --McDonald's (common) | | | | | | | | | |
| 267. --JP Morgan Chase Cash Account | | | | | | | | | |
| 268. Trust #11 | D | Dividend | M | T | | | | | |
| 269. --JP Morgan Chase Cash Account | | | | | | | | | |
| 270. --25% of Family Partnership (Managed Investment Acct) | | | | | | | | | |
| 271. Trust #12 | D | Dividend | N | T | | | | | |
| 272. --DuPont (common) | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. --General Electric (common) | | | | | | | | | |
| 274. --IBM (common) | | | | | | | | | |
| 275. --Pfizer (common) | | | | | | | | | |
| 276. Trust #13 | E | Dividend | N | T | | | | | |
| 277. --Allstate (common) | | | | | | | | | |
| 278. --American Electric Power (common) | | | | | | | | | |
| 279. --Anadarko Petroleum (common) | | | | | | | | | |
| 280. --AT&T (common) | | | | | | | | | |
| 281. --Bank of America (common) | | | | | | | | | |
| 282. --Beam, Inc. (common) | | | | | | | | | |
| 283. --Blackrock Global Allocation C | | | | | | | | | |
| 284. --BP Amoco (ADR) | | | | | | | | | |
| 285. --Conoco Phillips (common) | | | | | | | | | |
| 286. --Dow Chemical (common) | | | | | | | | | |
| 287. --Duke Energy (common) | | | | | | | | | |
| 288. --DuPont (common) | | | | | | | | | |
| 289. --Exelon (common) | | | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 21 of 27

Name of Person Reporting

Tharp, John J.

Date of Report

11/10/2011

# VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --Exxon (common) | | | | | | | | | |
| 291. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 292. --Hershey (common) | | | | | | | | | |
| 293. --Ivy Asset Strategy | | | | | | | | | |
| 294. --JP Morgan Chase Cash Accounts | | | | | | | | | |
| 295. --Lincoln National Group (common) | | | | | | | | | |
| 296. --Merck (common) | | | | | | | | | |
| 297. --Monsanto (common) | | | | | | | | | |
| 298. --Pfizer (common) | | | | | | | | | |
| 299. --Spectra Energy (common) | | | | | | | | | |
| 300. Trust #14 | D | Dividend | M | T | | | | | |
| 301. --3-M (common) | | | | | | | | | |
| 302. --Allstate (common) | | | | | | | | | |
| 303. --Bank of America (common) | | | | | | | | | |
| 304. --Dow Chemical (common) | | | | | | | | | |
| 305. --Exelon (common) | | | | | | | | | |
| 306. --Exxon (common) | | | | | | | | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. --IBM (common) | | | | | | | | | |
| 308. --JP Morgan Chase (common) | | | | | | | | | |
| 309. --JP Morgan Chase Cash Account | | | | | | | | | |
| 310. --Lincoln National Corp. (common) | | | | | | | | | |
| 311. --Pfizer (common) | | | | | | | | | |
| 312. --Sherwin Williams (common) | | | | | | | | | |
| 313. Trust #15 | E | Dividend | N | T | | | | | |
| 314. --3-M (common) | | | | | | | | | |
| 315. --Exxon Mobil (common) | | | | | | | | | |
| 316. --McDonald's (common) | | | | | | | | | |
| 317. --JP Morgan Chase Cash Account | | | | | | | | | |
| 318. Trust #16 | D | Dividend | M | T | | | | | |
| 319. --JP Morgan Chase Cash Account | | | | | | | | | |
| 320. --25% of Family Partnership (Managed Investment Acct) | | | | | | | | | |
| 321. Trust #17 | E | Dividend | O | T | | | | | |
| 322. --Allstate (common) | | | | | | | | | |
| 323. --American Electric Power (common) | | | | | | | | | |

| 1. Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. --Anadarko Petroleum (common) | | | | | | | | | |
| 325. --AT&T (common) | | | | | | | | | |
| 326. --Bank of America (common) | | | | | | | | | |
| 327. --Beam, Inc. | | | | | | | | | |
| 328. --Blackrock Global Allocation C | | | | | | | | | |
| 329. --BP Amoco (ADR) | | | | | | | | | |
| 330. --Conoco Phillips (common) | | | | | | | | | |
| 331. --Dow Chemical (common) | | | | | | | | | |
| 332. --Duke Energy (common) | | | | | | | | | |
| 333. --DuPont (common) | | | | | | | | | |
| 334. --Exelon (common) | | | | | | | | | |
| 335. --Exxon (common) | | | | | | | | | |
| 336. --Fortune Brands Home & Security (common) | | | | | | | | | |
| 337. --Heinz (common) | | | | | | | | | |
| 338. --Hershey (common) | | | | | | | | | |
| 339. --Ivy Asset Strategy | | | | | | | | | |
| 340. --JP Morgan Chase Cash Accounts | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. --Lincoln National Group (common) | | | | | | | | | |
| 342. --Merck (common) | | | | | | | | | |
| 343. --Monsanto (common) | | | | | | | | | |
| 344. --Pfizer (common) | | | | | | | | | |
| 345. --Spectra Energy (common) | | | | | | | | | |
| 346. --Walgreen's (common) | | | | | | | | | |
| 347. Trust #18 | D | Dividend | M | T | | | | | |
| 348. --3-M (common) | | | | | | | | | |
| 349. --Allstate (common) | | | | | | | | | |
| 350. --Bank of America (common) | | | | | | | | | |
| 351. --Dow Chemical (common) | | | | | | | | | |
| 352. --Exelon (common) | | | | | | | | | |
| 353. --Exxon (common) | | | | | | | | | |
| 354. --IBM (common) | | | | | | | | | |
| 355. --JP Morgan Chase (common) | | | | | | | | | |
| 356. --JP Morgan Chase Cash Account | | | | | | | | | |
| 357. --Lincoln National Corp. (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 11/10/2011 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. --Pfizer (common) | | | | | | | | | |
| 359. --Sherwin Williams (common) | | | | | | | | | |
| 360. Trust #19 | E | Dividend | N | T | | | | | |
| 361. --3-M (common) | | | | | | | | | |
| 362. --Exxon Mobil (common) | | | | | | | | | |
| 363. --McDonald's (common) | | | | | | | | | |
| 364. --JP Morgan Chase Cash Account | | | | | | | | | |
| 365. Trust #20 | D | Dividend | M | T | | | | | |
| 366. --JP Morgan Chase Cash Account | | | | | | | | | |
| 367. --25% of Family Partnership (Managed Investment Acct) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information Concerning Part VII.A., Description of Investments and Trusts:
I am the co-trustee of Trust #1. I have no beneficial interest in that trust and receive no fees.
I have no position or interest in any of the other trusts listed (#2 - 20). My spouse is a co-trustee of each of these trusts except for Trust #7. She is the sole beneficiary of Trusts #2-#5. She has a 25% beneficial interest in Trusts #6 and #7. She has no beneficial interest in Trusts #8-20.

Additional Information Concerning Part VII.C., Valuation of Investments and Trusts:
The valuation provided for Trusts #6 and #7 is based on my spouse's 25% interest, not the full value of trust assets.
Trusts #6 and #7 contain assets that required different valuation methods. For Trust #6, the farm land valuation method is "W"; the cash account valuation method is "T." For Trust #7, the condominium valuation method is "W"; the valuation method for all other assets listed is "T."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ John J. Tharp

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 77 | 651 | Notes payable to banks-secured | | | |
| U.S. Government securities-Series EE bonds | | 45 | 500 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 2 | 175 | 160 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 8 | 659 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 184 | 465 |
| Real estate owned – personal residence | 1 | 000 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 200 | 000 | Loans on Life Insurance Policies | | 37 | 078 |
| Cash value-life insurance | | 309 | 435 | | | | |
| Other assets itemize: | | | | | | | |
| Mayer Brown Capital Account | | 272 | 850 | | | | |
| Mayer Brown Partnership Retirement Plan | | 493 | 069 | | | | |
| | | | | Total liabilities | | 230 | 202 |
| | | | | Net Worth | 4 | 343 | 463 |
| Total Assets | 4 | 573 | 665 | Total liabilities and net worth | 4 | 573 | 665 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, co-maker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |